IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER D. ENGEL,<br><br>                Plaintiff,<br>   -vs-<br><br>KIMBALL COUNTY, a political subdivision of the State of Nebraska, and the KIMBALL COUNTY SHERIFF'S OFFICE, an office of Kimball County, and HARRY GILLWAY, Kimball County Sheriff,<br><br>                Defendants. | CASE NO.   7:09-cv-05010-JFB-TDT<br><br>**AMENDED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME AND TO CONDUCT DISCOVERY** |

      THIS MATTER came before the Court on the plaintiff's Motion for Enlargement of Time and To Conduct Discovery on the 25th day of January, 2010.

      BEING DULY ADVISED the Court grants the Motion as follows:

      The Court hereby stays ruling and any consideration of the defendant's Motion for Summary Judgment.  Defendants are to provide initial disclosures in accordance with the Order for Initial Progression and answer the discovery that was served on defendants on or about November 12, 2009 .   Plaintiff is allowed ninety (90) days from the date of this **order** to respond to the Motion for Summary Judgment, including but not limited to his evidence and brief.

      IT IS SO ORDERED.

      Dated January 25, 2010.

                                                    BY THE COURT:

                                  BY:    s/ Joseph F. Bataillon
                                                      Chief District Judge